IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA                                                      PLAINTIFF

VS.                              NO. 4:17CR00293-30 BSM

VALERIE J. BAKER                                                              DEFENDANT

<u>MOTION FOR PERMISSION TO TRAVEL</u>

Comes now the Defendant, by and through counsel, Lea Ellen Fowler, and for her Motion for Permission to Travel, states:

1. Defendant is currently out on conditions of release that include not leaving the District without prior permission.

2. Defendant requests permission to travel to Cookson, OK on September 18, 2021 and remain there until September 21, 2021, so that she attend the wedding of her son on September 20, 2021, and associated pre-wedding activities and spend that time with her family. Defendant will supply the address and details to her pre-trial officer. The government has no objection to this motion.

WHEREFORE, the Defendant prays that the Court grant her motion and for all other proper relief.

                      Respectfully submitted,

                      LEA ELLEN FOWLER
                      Arkansas Bar Number 85055
                      Attorney for Defendant
                      425 W. Broadway, Suite A
                      North Little Rock, AR  72114
                      (501) 375-9908
                      Email: leaellen@leaellenfowlerlaw.com