**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**UNITED STATES OF AMERICA**                                                 **PLAINTIFF**

**v.**                            **CASE NO. 4:17-CR-00293-BSM-30**

**VALERIE BAKER**                                                            **DEFENDANT**

**ORDER**

Valerie Baker's motion to travel from the Eastern District of Arkansas to Cookson, Oklahoma, to attend her son's wedding [Doc. No. 2237] is granted.  Baker may leave the Eastern District of Arkansas on September 18, 2021 at 9:00 a.m., and she must return by September 21, 2021 by 5:00 p.m.  All other conditions of her release remain in effect.  *See* Doc. No. 347 and subsequent modifications].

IT IS SO ORDERED this 13th day of September, 2021.

_____
UNITED STATES DISTRICT JUDGE