IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA                                                        PLAINTIFF

VS.                              NO. 4:17CR00293-30 BSM

VALERIE J. BAKER                                                                 DEFENDANT

## MOTION FOR PERMISSION TO TRAVEL

Comes now the Defendant, by and through counsel, Lea Ellen Fowler, and for her Motion for Permission to Travel, states:

1. Defendant is currently out on conditions of release that include not leaving the District without prior permission.

2. Defendant requests permission to travel to Cookson, OK on December 23, 2021 and remain there until December 26, 2021, so that she may spend the Christmas holiday with her family. Defendant will be residing with her mother and will supply the address and details to her pre-trial officer. The government has no objection to this motion.

WHEREFORE, the Defendant prays that the Court grant her motion and for all other proper relief.

Respectfully submitted,

LEA ELLEN FOWLER
Arkansas Bar Number 85055
Attorney for Defendant
425 W. Broadway, Suite A
North Little Rock, AR  72114
(501) 375-9908
Email: leaellen@leaellenfowlerlaw.com