# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                        **PLAINTIFF**

v.                 **CASE NO. 4:17-CR-00293-BSM-30**

**VALERIE BAKER**                                                     **DEFENDANT**

## ORDER

Valerie Baker's motion to travel from the Eastern District of Arkansas to Cookson, Oklahoma, to spend Christmas with her family [Doc. No. 2317] is granted. Baker may leave the Eastern District of Arkansas on December 23, 2021 at 9:00 a.m., and she must return by December 26, 2021 by 5:00 p.m. All other conditions of her release remain in effect. *See* Doc. No. 347 and subsequent modifications].

IT IS SO ORDERED this 16th day of December, 2021.

_____
UNITED STATES DISTRICT JUDGE