UNITED STATES DISTRICT COURT
FOR THE __Eastern__ DISTRICT OF __Arkansas__

UNITED STATES OF AMERICA
Plaintiff

v.

__Baker, Valerie J.__
Defendant

__FMC Carswell__
Place of Confinement

__31585-009__
FEDERAL REGISTER NUMBER

__4:17-CR-00293-BSM-30__
Criminal Case Number

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JAN 22 2024

TAMMY H. DOWNS, CLERK
By: _____
DEP CLERK

Defendant's Motion for Reduction of Sentence pursuant to 18 U.S.C. 3582(c)(2) and Amendment 821 to the Federal Sentencing Guidelilnes:

____ Based on U.S.S.G. 4C.1 Adjustment for Zero-Point Offenders (for those assessed zero criminal history points at sentencing)

__X__ Based on U.S.S.G. 4A1.1(d) & (e) Criminal History Category (For those who recieved "status" points for being under a criminal justice sentence at the time of the offense)

Defendant has reviewed the respective amendments from the Sentencing Commission and believes the marked amendment(s) apply to her.

Therefore, Defendant asks this Honorable Court to adjust her sentence accordingly pursuant to 18 U.S.C. 3582(c)(2) and in consideration of the amendment(s) marked above.

Executed on this date of : __January 06, 2024__

Respectfully Submitted;

__Valerie J Baker__
Defendant   Pro Se
Printed Name: __Baker, Valerie J.__
Reg.# __31585-009__
C/O FMC Carswell
P.O. BOX 27137
Fort Worth, Texas 76127