IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**UNITED STATES OF AMERICA**     **PLAINTIFF**

v.     **CASE NO. 4:17-CR-00293-BSM-30**

**VALERIE BAKER**     **DEFENDANT**

## ORDER

Valerie Baker's pro se motion to reduce her sentence [Doc. No. 2842] is denied because the retroactive application of Amendment 821 to the Federal Sentencing Guidelines does not reduce her sentencing range. *See* U.S.S.G § 1.10 (a)(2). This is true because the amendment affects "status points" and Baker did not receive "status points." Her criminal history score was seven and her criminal history category remains level IV. Additionally, Baker's plea agreement provides that she "waives the right to have the sentence modified pursuant to Title 18, United States Code, Section 3582(c)(2) . . . ." Doc. No. 1384 at 3. Because Baker knowingly and voluntarily entered into her plea agreement, she is not entitled to relief. *United States v. Cowan*, 781 F. App'x 571 (8th Cir. 2019) (affirming dismissal of a § 3582(c)(2) motion when the record establish that the defendant knowingly and voluntarily entered the plea agreement).

IT IS SO ORDERED this 23rd day of January, 2024.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE